**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**CENTRO MEDICO**
**DEL TURABO, INC., HOSPITAL,**
**Plaintiff**

**v.**                                                                                   **CIVIL NO. 06-1690(DRD)**

**UNION GENERAL DE TRABAJADORES**
**LOCAL 1199,**
**Defendant**

| MOTION | ORDER |
| --- | --- |
| **Date Filed: 07/12/06** <br> **Docket #14** <br> [X] **Plaintiff** <br> [] **Defendant** <br> **Title:** Notice of Voluntary Dismissal Without Prejudice | **GRANTED.** Because plaintiff has requested the voluntary dismissal of its causes of action against the defendant without prejudice, and because an answer to the complaint has not been yet filed, pursuant to Rule 41(a)(1)(i) the Court hereby **DISMISSES** plaintiff's claims against the defendant **WITHOUT PREJUDICE**. **Judgment** shall be entered accordingly. |

    **IT IS SO ORDERED.**
In San Juan, Puerto Rico this 13th day of July 2006.

                                                                           **S/DANIEL R. DOMINGUEZ**
                                                                           **DANIEL R. DOMINGUEZ**
                                                                           **U.S. DISTRICT JUDGE**